**CAPITAL PUNISHMENT PROJECT**



Texas Criminal Court of Appeals
Supreme Court Building, Rm. 106
201 West 14th Street
Austin, Texas 78701
Via email: sian.schilab@txcourts.gov

Re: Ex Parte Robert Charles Ladd

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
PLEASE RESPOND TO:
201 W. MAIN STREET
SUITE 402
DURHAM, NC 27701
T/919.682.5659
F/919.682.5961
WWW.ACLU.ORG

NATIONAL OFFICE
125 BROAD STREET, 18TH FL
NEW YORK, NY 10004-2400
T/212.549.2500
F/212.549.2654
WWW.ACLU.ORG

Dear Clerk of Court:

I am writing to inform the Court of an error in the introduction to the motion. The first sentence reads "Robert Charles Ladd is an intellectually disabled man who wrote to this office a letter received just last week." I should have written that "Robert Charles Ladd is an intellectually disabled man who wrote a letter that I personally received last week." I also apologize for citations to exhibits which we did not have time to attach, referring to documents in the court records of this case and referred to in the federal courts. If appropriate, please distribute this to the Court.

Sincerely,

Brian W. Stull
919-682-9469
bstull@aclu.org

cc:     Texas Attorney General
        Smith County District Attorney